UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,              :

       -against-                          :         16 Cr. 760 (RMB)

AHMAD KHAN RAHIMI,                        :         AFFIRMATION

       Defendant.                          :

------------------------------------------------------------x

      SABRINA P. SHROFF, Esq., hereby affirms under penalties of perjury pursuant to Title 28 U.S.C. 1746:

    1.     I am a staff attorney with the Federal Defenders of New York, Inc., and trial counsel to Ahmad Khan Rahimi. I make this affirmation in support of Mr. Rahimi's omnibus motion to, *inter alia*, suppress post-arrest statements pursuant to the Fifth Amendment of the U.S. Constitution, as well as such other and further relief as the Court deems just and proper.

    2.     Attached as Exhibit A is a true and correct copy of the Federal Bureau of Investigation's FD-302 summary of its Sept. 29, 2016 interrogation of Mr. Rahimi, dated Sept. 29, 2016.

    3.     Attached as Exhibit B is a true and correct copy of the Federal Bureau of Investigation's FD-302 summary of its Sept. 27 and 28, 2016 interrogations of Mr. Rahimi, dated Sept. 30, 2016.

    4.     Attached as Exhibit C is a true and correct copy of a letter from counsel for the Government to Defense Counsel, dated Mar. 21, 2017.

5. Attached as Exhibit D is a true and correct copy of an email from counsel for the Government to Defense Counsel, dated Apr. 7, 2017.

6. Attached as Exhibit E is a true and correct copy of the document from Mr. Rahimi's University Hospital medical records entitled "Physical Exam/Injuries."

7. Attached as Exhibit F is a true and correct copy of the document from Mr. Rahimi's University Hospital medical records entitled "Progress Notes by Physicians" dated Sept. 27-28, 2016.

8. Attached as Exhibit G is a true and correct copy of the document from Mr. Rahimi's University Hospital medical records entitled "ED Notes," dated Sept. 19, 2016.

9. Attached as Exhibit H is a true and correct copy of the document from Mr. Rahimi's University Hospital medical records entitled "Progress Notes by Physicians" dated Sept. 26-27, 2016.

10. Attached as Exhibit I is a true and correct copy of the document from Mr. Rahimi's University Hospital medical records entitled "Progress Notes by Therapist," dated Sept. 28-29, 2016.

11. Attached as Exhibit J is a true and correct copy of the document from Mr. Rahimi's University Hospital medical records entitled "Progress Notes by Physicians" dated Sept. 29, 2016.

12. Attached as Exhibit K is a true and correct copy of the document from Mr. Rahimi's University Hospital medical records entitled "Medical Records Admitting Form."

13. Attached as Exhibit L is a true and correct copy of the article Karen Workman, et al., *Chelsea Bombing: What We Know and Don't Know*, N.Y. Times, Sept. 18, 2016, https://nyti.ms/2cPTIBs.

14. Attached as Exhibit M is a true and correct copy of the article Marc Santora, et al., *Ahmad Khan Rahami Is Arrested in Manhattan and New Jersey Bombings*, N.Y. Times, Sept. 19, 2016, https://nyti.ms/2d1QSXo.

15. Attached as Exhibit N is a true and correct copy of the article Devlin Barrett & Pervaiz Shallwani, *N.Y. Bomb Suspect Ahmad Khan Rahami Captured; No Others Being Sought*, Wall St. J., Sept. 19, 2016, http://on.wsj.com/2qx5HqP.

Dated: New York, New York
      May 4, 2017

                                         /s/ Sabrina P. Shroff, Esq.
                                         SABRINA P. SHROFF, Esq.