**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 26, 2017

**By ECF**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Rahimi</u>, 16 Cr. 760 (RMB)

Dear Judge Berman:

    Pursuant to the Court's order of December 22, 2017, 2017 (Dkt. 175), I provide the following information. During the week of November 13, 2017, I learned that Mr. Rahimi was ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ I was told by ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ When I reached out to ███████ ███████ I was told ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████ ███████

    Periodically, from November 13, 2017 till this week, I checked in with ███████████████████ and because I was assured that ██ ███████ ██ ██████ ███ ████████ I sought no redress from the Court.

                                          Respectfully submitted,

                                          /s/_____
                                          Sabrina Shroff
                                          Ass't Federal Defender

cc: Ahmad Khan Rahimi (by mail)