Xavier R. Donaldson
Anthony S. Chilliest

*Member NY & NJ Bars

**DONALDSON & CHILLIEST, LLP**
Attorneys at Law
1825 Park Avenue, Suite 1102
New York, New York 10035
Telephone: (212) 722-4900
Facsimile: (212) 722-4966

Ozro Thaddeus Wells
Paula Brown Donaldson
Jaye Ballard
Jason Foy*
Of Counsel

January 26, 2018

**VIA ECF**
Honorable Richard M. Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Ahmad Khan Rahami*,
            16 Cr 760 (RMB)

Your Honor,

    As the Court is aware, I represent the Defendant in the above-captioned matter. With the Government's consent, we are respectfully requesting the opportunity to file our sentencing submission on January 31, 2018.

    Thank you in advance for your consideration.

Sincerely,

DONALDSON & CHILLIEST, LLP

Xavier R. Donaldson, Esq.